TILLIE SCHECHTER, Respondent, *v.* ISRAEL LICHTENSTEIN, Appellant.

BENJAMIN SCHECHTER, Respondent, *v.* ISRAEL LICHTENSTEIN, Appellant.

*Witnesses — cross-examination — error to refuse to permit cross-examination on ground that witnesses' attention had not been called to matter of examination — new trial granted on newly-discovered evidence.*

Appeals from judgments of the Supreme Court in favor of plaintiffs, entered in the New York county clerk's office October 8, 1926, upon verdicts of a jury for $1,250 and $250; also from orders entered November 1, 1926, denying defendant's motions for a new trial upon the minutes, and also from orders entered March 22, 1927, denying defendant's motion for a new trial upon the ground of newly-discovered evidence.

PER CURIAM. Assuming, without deciding, that there was sufficient evidence of notice to require submission to the jury, it was error to refuse to permit cross-examination of the plaintiff wife, a party to the action, upon the ground that her attention had not been called to the matter about which it was sought to question her. Moreover, we think the interests of justice require the granting of a new trial upon the ground of newly-discovered evidence. The judgments and orders appealed from denying motions for a new trial should, therefore, be reversed and a new trial ordered, with costs to the appellant to abide the event, and the orders denying the motions for a new trial on the ground of newly-discovered evidence reversed, with ten dollars costs and disbursements, and said motions granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Judgments and orders denying motions for a new trial reversed and new trial ordered, with costs to the appellant to abide the event. Orders denying motions for new trial on the ground of newly-discovered evidence reversed, with ten dollars costs and disbursements, and motions granted.